IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LEE CARTER,                    No. CIV-S-04-0272 MCE/GGH P

    Petitioner,

  v.                                    ORDER

A.K. SCRIBNER, Warden,

    Respondent.
_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On April 21, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.
///

1

1  Neither party has filed objections to the findings and
2  recommendations.¹

3      The court has reviewed the file and finds the findings and
4  recommendations to be supported by the record and by the
5  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6  that:

7      1.  The findings and recommendations filed April 21, 2005,
8  are adopted in full;

9      2.  Petitioner's claim of conflicted counsel arising from
10 counsel's representation of petitioner's putative co-defendant is
11 stricken as an unexhausted claim;

12     3.  The petition containing only the exhausted claim with
13 respect to petitioner's counsel's conflict arising from a
14 relationship with the victim is stayed pending exhaustion of the
15 stricken unexhausted claim; and

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///

---

[1] Petitioner filed a motion for a stay, subsequent to the pending Findings and Recommendations, which seeks the same outcome recommended by the magistrate judge and which is rendered moot by this Order.  See petitioner's May 10, 2005 motion for stay and abeyance pending exhaustion of state court remedies.

1     4.  Petitioner is directed to file his state supreme court
2 petition containing his unexhausted claim within thirty days of
3 this order; once the decision of the state supreme court has been
4 filed, petitioner must file an amended petition within thirty
5 days following exhaustion of his claim.
6 DATED: May 31, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3