**MICHAEL B. BIGELOW, SB #65211**
**ATTORNEY AT LAW**
428 J. Street, Suite 350
Sacramento, CA 95814
Telephone: 916/443-0217
FAX: 916/447-2988

Attorney for Petitioner
Michael Lee Carter

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEE CARTER, | ) CIV S-04-272 MCE GGH P |
| Petitioner, | ) REQUEST TO LODGE EXHIBITS IN SUPPORT OF 28 AMENDED 28 U.S.C. § 2254 MOTION IN PAPER |
| vs. | ) |
| A.K. Scribner, Warden | ) ORDER |
| Defendant | ) |

**REQUEST TO LODGE EXHIBITS**

In this matter petitioner's exhibits in support of his amended petition for habeas corpus are 14 in number and are approximately 500 pages in number. It appears the volume of exhibits exceeds the recommended limitations imposed by the Eastern District's Electronic filing system.

Accordingly, it is respectfully requested that the exhibits

above referenced be lodged with the court in paper.

      DATED June 21, 2006    Respectfully submitted,

                                    /S/MICHAEL B. BIGELOW
                                    Michael B. Bigelow
                                    Attorney for Petitioner

**IT IS SO ORDERED**

Dated:7/11/06                      /s/ Gregory G. Hollows
                                    Hon. Gregory G. Hollows
                                    Magistrate Judge,
                                    Eastern District of
                                    California

cart0272.po2