IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LEE CARTER,

    Petitioner,                 No. CIV S-04-0272 FCD GGH P

    vs.

A.K. SCRIBNER, Warden,

    Respondent.             <u>ORDER</u>

_____/

        Petitioner is proceeding with appointed counsel on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Prior to the stay imposed in this matter on June 1, 2005, respondent had filed an answer, and petitioner had filed a traverse. By order, filed on June 20, 2006, the stay in this matter was lifted and petitioner was directed to file an amended petition. Petitioner has filed an amended petition.

        Accordingly, IT IS ORDERED that:

        1. Respondent is directed to file a response to petitioner's amended habeas petition within thirty days from the date of this order or to inform the court whether or not respondent elects to stand on the original answer;

        2. If the response to the amended habeas petition is an amended answer, petitioner's amended reply (traverse), if any, shall be filed and served within thirty days after

1  service of the amended answer;

2      3.  If the response to the amended habeas petition is a motion, petitioner's
3  opposition or statement of non-opposition to the motion shall be filed and served within thirty
4  days after service of the motion, and respondents' reply, if any, shall be filed and served within
5  fifteen days thereafter.

6  DATED: 7/11/06

7          /s/ Gregory G. Hollows

8          GREGORY G. HOLLOWS
        UNITED STATES MAGISTRATE JUDGE

9  GGH:009
   cart0272.rsp