# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEE CARTER, | Case No. 2:04-cv-00272-MSB |
| Petitioner, | **ORDER** |
| vs. | |
| A. K. SCRIBNER, Warden, | |
| Respondent. | |

Petitioner Michael Lee Carter, a state prisoner, has timely filed a notice of appeal of this Court's November 20, 2009 denial of his petition for a writ of habeas corpus. (Dkt. ## 40-42). Petitioner has also filed a motion for a certificate of appealability (COA) pursuant to 28 U.S.C. § 2253(c)(2). (Dkt. #43).

A certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3). Additionally, a COA may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "[T]he 'substantial showing' standard for a COA is relatively low and . . . . permits appeal where petitioner can demonstrate that the issues [raised by the petition] . . . are adequate to deserve encouragement to proceed further." *Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th Cir. 2002) (internal quotation marks and citation omitted).

Clark requests a COA on "whether trial counsel, who failed to disclose his relationships with both the victim (James Teach) and also a person (Shane Lesher) identified as a prime suspect in the

crime, suffered from a conflict of interest, and whether that conflict inured to [Clark's] detriment, depriving him of effective assistance of counsel." (Dkt. #43, p.2). For the reasons set forth in Clark's request of appealability and the Court's November 20, 2009 order, Clark has made a sufficient showing of the denial of his Sixth Amendment right to effective assistance of counsel with respect to those claims.

**Accordingly,**

**IT IS HEREBY ORDERED** that Petitioner's request for certificate of appealability is GRANTED. (Dkt. #43).

DATED this 23rd day of December, 2009.

/s/ Marsha S. Berzon
MARSHA S. BERZON
United States Circuit Judge, sitting by designation